UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

_____/

No. C 14-4667 PJH

**SCHEDULING ORDER**

    Defendant having filed an answer to plaintiff's petition, the court hereby sets the following scheduling order in this case.  Each party shall file a motion for summary judgment on March 25, 2015.  The oppositions to the motions shall be filed on April 15, 2015.  Any replies to the oppositions shall be filed on May 6, 2015.

    The court will decide the cross-motions on the papers.  No hearing will be held.

**IT IS SO ORDERED.**

Dated:  December 22, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge